UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZION and GAIL ZION,

    Plaintiffs,

v.                                                Case No. 09-13967

WASHINGTON MUTUAL BANK and      Honorable Patrick J. Duggan
WELLS FARGO BANK,

    Defendants.
_____/

## **JUDGMENT**

This matter is before the Court on Defendants' motion to dismiss and/or for summary judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion is granted and Plaintiffs' complaint is **DISMISSED** with prejudice.

                                                s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Date: June 16, 2010

Copies to:
Emmett D. Greenwood, Esq.
Brandon M. Blazo, Esq.
Joseph H. Hickey, Esq.
Michael J. Blalock, Esq.
Charity A. Olson, Esq.
Patrick C. Lannen, Esq.